1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

LEVI ROCKEFELLER,

Case No. 2:20-cv-06367-DOC (GJS)

12

Petitioner

13

v.

**JUDGMENT**

14

LOS ANGELES COUNTY SHERIFF DEPT.,

15

Respondent.

16
17
18
19

Pursuant to the Court's Order:  Summarily Dismissing Petition; And Denying A

20

Certificate Of Appealability,

21
22

IT IS ADJUDGED THAT the above-captioned action is dismissed without

23

prejudice.

24
25

DATE: July 22, 2020

David O. Carter

26

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

27
28